## RHODES v. STATE. (No. 7274.)

(Court of Criminal Appeals of Texas. Jan. 3, 1923.)

Criminal law ⚖1070—Appeal abates on death of defendant.

Where it is made to appear by proper affidavit that one appealing from a conviction for crime has died since the case was lodged in the court of criminal appeals, the appeal will be abated.

Appeal from District Court, Wood County; J. R. Warren, Judge.

E. E. Rhodes was convicted of selling intoxicating liquor, and he appeals. Appeal abated.

W. A. Keeling, Atty. Gen., and C. L. Stone and R. G. Storey, Asst. Attys. Gen., for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor; punishment assessed at one year's confinement in the penitentiary.

It is made to appear by proper affidavit that appellant has died since the case was lodged in this court.

It is therefore ordered that this appeal be abated.

MORROW, P. J., absent.